PEOPLE *ex rel.* KRIEGER, Respondent, *v.* BOARD OF EXCISE, Appellant.

*(City Court of Brooklyn, General Term.* February 23, 1892.)

Application by Philip Krieger for *mandamus* to compel the board of excise of the city of Brooklyn to grant him a license to sell intoxicating liquors.

Argued before VAN WYCK and OSBORNE, JJ.

*F. A. McCloskey,* for appellants. *J. T. Mareau,* for respondent.

PER CURIAM. The relator applied to the board of excise for a saloon license. Upon *mandamus* proceedings had before the special term of this court, under Laws 1886, c. 496, the trial judge decided on the proofs that the application was made to the board in due form, and that the board arbitrarily, and without good cause, reason, or excuse, refused and still refuses to grant such license. After careful examination of the case, we see no reason to disturb these findings of facts. Order must be affirmed, with costs.